```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/11
```

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

John Grenawalt, Carlos Miranda, and Julio Alisea,
                      Plaintiff,

    -against-

AT&T Mobility, LLC, et al.
                      Defendant.

11 cv 2664 (RMB)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____Darin Michael Klemchuk_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____Texas_____; and that his/her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name | Darin Michael Klemchuk |
| Firm Name | Klemchuk Kubasta LLP |
| Address: | 8150 N. Central Expwy - Suite 1150 |
| City / State / Zip | Dallas, Texas 75206-1806 |
| Telephone / Fax: | 214-367-6000 / 214-367-6001 |
| E-Mail: | Darin.klemchuk@kk-llp.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _Defendants, Centuria, Inc., Gladius, Inc. and AT&T Mobility, LLC_ in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD. *Counsel is directed to forward the pro hac vice fee to the clerk of court.*

Dated: 7/25/11

_Richard M. Berman_
United States District / Magistrate Judge

503065_1