```
┌──────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 7/25/11              │
└──────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

John Grenawalt, Carlos Miranda, and Julio Alisea,
                          Plaintiff,

            -against-

AT&T Mobility, LLC, et al.

                          Defendant.

11 cv 2664 (RMB)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of _____ Katherine Blair Guil Bandy _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the

state(s) of _____ Texas _____; and that his/her contact information is as follows:

| | |
|---|---|
| Applicant's Name | Katherine Blair Guil Bandy |
| Firm Name | Klemchuk Kubasta LLP |
| Address: | 8150 N. Central Expwy - Suite 1150 |
| City / State / Zip | Dallas, Texas 75206-1806 |
| Telephone / Fax: | 214-367-6000 / 214-367-6001 |
| E-Mail: | Katie.Bandy@kk-llp.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Defendants, Centuria, Inc., Gladius, Inc. and AT&T Mobility, LLC    in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF

PASSWORD. *Counsel is directed to Forward the pro hac vice fee to the Clerk of Court.*

Dated: _Richard M. Berman_

United States District / Magistrate Judge

7/25/11

504618_1