UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/11
```

-------------------------------------X
JOHN GRENAWALT, CARLOS MIRANDA,
AND JULIO ALISEA, ON BEHALF OF
THEMSELVES AND ALL OTHERS SIMILARY
SITUATED,

                Plaintiffs,          Civil Action No.: 11-2664(RMB)

                                                                ORDER FOR ADMISSION
AT&T MOBILITY, LLC; ALPHA-OMEGA             PRO HAC VICE
PROTECTION SERVICES CORP., GRACE M.
DEPOMPO, GLADIUS, INC. AND
CENTURIA, INC.

                Defendants.
-------------------------------------X

The motion of Kimberly Anne Capadona, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of _____New Jersey_____ ; and that his/her contact information is as follows:

    Applicant's Name      Kimberly Anne Capadona
    Firm Name               Archer & Greiner, P.C.
    Address:                 21 Main Street – Court Plaza South
    City / State / Zip       Hackensack, NJ 07601
    Telephone / Fax:      201-342-6000
    E-Mail:                  Kcapadona@archerlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants, Centuria, Inc., Gladius, Inc. and AT&T Mobility, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

512695_1

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/26/11

Richard M. Berman
United States District / Magistrate Judge