USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: ___7/27/2017___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Grenawalt, et al,                                  :
                                                   :
                              Plaintiffs,          :
                                                   :     No. 11 Civ. 2664
               -against-                           :
                                                   :     **ORDER**
AT&T Mobility LLC, et al,                           :
                                                   :
                                                   :
                              Defendants.          :
                                                   :
                                                   :
                                                   :
                                                   :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

By letter dated July 13, 2017, the parties wrote to the Court stating that they have

finalized the settlement agreement and are negotiating the language of the consent motion for

preliminary approval of the proposed class action settlement.   ECF 252.   The parties stated that

they anticipate filing the consent motion for preliminary approval by July 21.   No such motion

has been filed yet.   Accordingly, the Court hereby directs the parties to submit a Joint Status

Report in this matter by August 1, 2017.

**SO ORDERED.**


Dated:        **July 27, 2017**
              **New York, New York**


                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**